## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                             Case No. 13-21529-LMI

Nancy Fernandez,                                   Chapter 13

_____Debtor_____/

### OBJECTION TO CLAIM OF PARADISE COVE AT PALM BEACH [6-1]

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6-1 | Paradise Cove at Palm Beach | $16,105.82 | Property is surrendered; therefore, the claim should be; Stricken and Disallowed. |

LF-70 (rev. 12/01/09)

                                ADAMS & ASSOCIATES, P.A.
                                Attorneys for the Debtor
                                6500 Cowpen Road, Suite 101
                                Miami Lakes, FL 33014
                                Telephone: (305) 824-9800

By:    <u>/s/ Richard J. Adams, Esq.</u>
           Richard J. Adams, Jr. Esq.
           Florida Bar No. 770434

LF-70 (rev. 12/01/09)